v.

**SOCIAL SECURITY ADMINISTRATION,**
Respondent.

No. 2011–3025.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2012.

Eloy J. HERNANDEZ, Petitioner,

v.

**DEPARTMENT OF DEFENSE,**
Respondent.

No. 2011–3060.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2012.

Arthur G. Vega, Law Office of Arthur G. Vega, of San Antonio, TX, argued for petitioner.

Gregg M. Schwind, Senior Trial Counsel, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

Before LOURIE, O'MALLEY, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**